UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WERNER SYBRAND BINOIR,

    Plaintiff,

v.

United States Department of Homeland Security,

    Respondent.

_____/

Case No. 1:19-cv-1052

Hon. Robert J. Jonker
Chief U.S. District Judge

Hon. Phillip J. Green
United States Magistrate Judge

## STIPULATED ORDER TO REMAND PLAINTIFF'S NATURALIZATION PETITION AND ADMINISTRATIVELY STAY CASE

Based on the stipulation of the parties, by and through their attorneys below, and the Court being duly advised:

IT IS ORDERED that Plaintiff's petition for naturalization is remanded to the U.S. Department of Homeland Security, Citizenship and Immigration Services (USCIS) for adjudication and that this case is administratively stayed until April 20, 2020. If USCIS either does not make a determination on the petition by April 20, 2020, or denies the Plaintiff's application for naturalization, then Plaintiff may file a notice requesting the stay be lifted. Plaintiff will not have to pay an additional filing fee to reopen this case. If the Court lifts the stay, Defendant shall have seven days after the stay is lifted to file an answer or otherwise plead. If USCIS approves the Plaintiff's application for naturalization before April 20, 2020, then Defendant may file a notice requesting that the administrative stay be converted into a dismissal with prejudice.

**SO ORDERED**.

Dated: January 23, 2020            /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                               CHIEF U.S. DISTRICT JUDGE

**So stipulated and agreed:**

                                                               LEGALQUEST NETWORK, P.C.

Dated: January 22, 2020            /s/ *Roger R. Rathi* (w/consent)
                                                               ROGER R. RATHI
                                                               3000 Town Center, Suite 2450
                                                               Southfield, MI 48075
                                                               (248) 663-0633
                                                               roger@rathilaw.com
                                                               Attorneys for Plaintiff


Dated: January 22, 2020            ANDREW BYERLY BIRGE
                                                               United States Attorney

                                                               /s/ *Ryan D. Cobb*
                                                               RYAN D. COBB
                                                               Assistant United States Attorney
                                                               Post Office Box 208
                                                               Grand Rapids, Michigan 49501-0208
                                                               (616) 456-2404
                                                               Ryan.Cobb@usdoj.gov
                                                               Attorneys for Defendant